## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | 8:04CR530 |
| Plaintiff,          ) | |
| ) | ORDER |
| vs.          ) | |
| ) | |
| ADRIAN ACOSTA,          ) | |
| ) | |
| Defendant.          ) | |

The Government's motion to continue (Filing No. 23) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **July 21, 2005** at **10:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **June 27, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge