**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR530** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **ADRIAN ACOSTA,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue (Filing No. 35).

The motion fails to set forth cause for the requested extension. The motion will be denied without prejudice to reassertion orally at 2:00 p.m. today.

IT IS ORDERED that the Defendant's motion to continue (Filing No. 35) is denied without prejudice to reassertion orally at the scheduled sentencing hearing scheduled for 2:00 p.m. today.

DATED this 14th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge