IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR530** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ADRIAN ACOSTA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the joint motion to extend the Defendant's self surrender date for approximately 60 days (Filing No. 43).

The Court will grant the request to continue the self surrender date, for good cause shown.

IT IS ORDERED:

1. The joint motion to extend the Defendant's self-surrender date (Filing No. 43) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, April 3, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 24th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge