IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR530 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADRIAN ACOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Reconsider Self Surrender Date (Filing No. 51).

The Defendant is to self surrender on June 12, 2006. However, the Defendant is needed as a witness in <u>United States v. Cazares</u>, 8:05CR162.

The Court will grant the request to continue the self surrender date.

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self-surrender date (Filing No. 51) is granted;

2. The Defendant shall report no later than 2:00 pm on August 14, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 8th day of June, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge