IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR530 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADRIAN ACOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to extend Self Surrender Date (Filing No. 55).

The Defendant is to self surrender on April 3, 2006. However, the Defendant is needed as a witness in United States v. Cazares, 8:05CR162.

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 55) is granted;

2. The Defendant shall report no later than 2:00 p.m. on January 12, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 11th day of October, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge