# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR530** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ADRIAN ACOSTA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to extend the Defendant's self surrender date (Filing No. 59).

The government represents that the Defendant is to report on January 12, 2007. Because he is needed as a witness in a trial in 98:05CR162, *United States v. Ruben Lopez Cazares,* the government requests that his self surrender date be continued for 60 days.

IT IS ORDERED:

1. The government's motion to extend the Defendant's self surrender date (Filing No. 59) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, March 12, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall immediately deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 10th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge