**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR530** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ADRIAN ACOSTA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to extend the Defendant's self-surrender date (Filing No. 61).

The government represents that the Defendant is to report on March 12, 2007. Because he is as a witness in a trial that currently being held before this court, 8:05CR162, *United States v. Ruben Lopez Cazares*, the government requests that his self-surrender date be continued for 30 days.

IT IS ORDERED:

1. The government's motion to extend the Defendant's self-surrender date (Filing No. 61) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Thursday, April 12, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall immediately deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 9th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge